UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PANG LOR,

        Plaintiff,

    v.

CELL MARQUE CORPORATION, et al.,

        Defendants.

No.  2:26-cv-01527-SCR

ORDER

A notice of removal was filed on April 13, 2026, removing this action from Placer County Superior Court.  ECF No. 1.  Defendants filed an answer prior to removal from state court.  ECF No. 1-4.  The parties have consented to Magistrate Judge jurisdiction in this matter for all further proceedings.  ECF No. 7.  Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that:

1. A Status (Pretrial Scheduling) Conference is set for Thursday, **June 18, 2026 at 11 a.m.**, at the United States District Court, **to be convened over Zoom**.  The courtroom deputy will provide dial-in instructions approximately one week before the conference.

2. Not later than **June 4, 2026**, the parties shall file a status report addressing the following matters:

    a.  Service of process;

    b.  Possible joinder of additional parties;

1

    c.   Any expected or desired amendment of the pleadings;

    d.   Jurisdiction and venue;

    e.   Anticipated motions and their scheduling;

    f.   The report required by Federal Rule of Civil Procedure 26(f) outlining the proposed discovery plan and its schedule, including disclosure of expert witnesses;

    g.   Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

    h.   Special procedures, if any;

    i.   Estimated trial time;

    j.   Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

    k.   Whether the case is related to any other cases, including bankruptcy;

    l.   Whether a settlement conference should be scheduled; and

    m.   Any other matters that may add to the just and expeditious disposition of this matter.

3. The parties are informed that they may elect to participate in the court's Voluntary Dispute Resolution Program ("VDRP") by contacting the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov.[1] The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP. **The parties are directed to meet and confer regarding possible VDRP participation, and contact Ms. Park to make the necessary arrangements if both parties agree that participation may be beneficial, within 30 days of this order**. If the parties agree to participate in VDRP in

////

////

---

[1] The resources of the VDRP program are limited, and the parties are expected to make good faith efforts to timely and fully exhaust informal settlement efforts prior to initiating participation in the VDRP. The court will look with disfavor upon parties stalling or failing to participate in initial informal discussions, prompting potentially unnecessary participation in the VDRP and straining the program's resources.

2

advance of the status conference, they may inform the Court in a status report and the status conference will be vacated

IT IS SO ORDERED.

DATED: May 7, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

3