UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANG LOR, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELL MARQUE CORPORATION, a Texas corporation; EMD MILLIPORE CORPORATION a Massachusetts corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-01527-SCR<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION**<br><br>Trial Date: Not Yet Set<br>Complaint Filed: January 28, 2026<br>Action Removed: April 13, 2026 |

**[~~PROPOSED~~] ORDER**

Upon consideration of the Joint Stipulation to Stay Proceedings Pending Mediation, it is hereby **ORDERED** as follows:

1. The Joint Stipulation to Stay Proceedings is GRANTED;
2. The action is STAYED in its entirety through December 31, 2026;
3. Absent resolution, Defendants shall have thirty (30) days following the lifting of the stay to file their motion to dismiss Plaintiff's class claims, compel arbitration of Plaintiff's individual claims under PAGA, and stay Plaintiff's representative PAGA claims pending the outcome of the individual arbitration; and
4. A Post-Mediation Status Conference is set for January 14, 2027, at 11:00 a.m. to be conducted via Zoom.

**IT IS SO ORDERED.**

DATED: August 3, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE